UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAPITAL ONE, NATIONAL ASSOCIATION,

                Plaintiff,

– against –

PAIGE HOSPITALITY GROUP, LLC, MATTHEW SHENDELL, FONDUE 26 LLC, BURGER FULTON LLC, and AINS IP COMPANY LLC,

                Defendants.

**ORDER**

19 Civ. 9358 (ER)

RAMOS, D.J.:

      On October 9, 2019, Plaintiff filed the instant suit. Doc. 4. Defendants filed an answer on July 13, 2020. Doc. 43. Since then, there has been no activity in this matter. Accordingly, the parties are directed to submit a status report by April 29, 2021. Failure to comply could result in the Court dismissing the case under Federal Rule of Civil Procedure 41.

      SO ORDERED.

Dated:  April 15, 2021
           New York, New York

                                      EDGARDO RAMOS, U.S.D.J.