

**HINSHAW & CULBERTSON LLP**
**Attorneys at Law**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
**www.hinshawlaw.com**

Brian S. McGrath
bmcgrath@hinshawlaw.com

June 24, 2021

**MEMORANDUM ENDORSEMENT**

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 6B
New York, NY 10007-1312

Re: ***Capital One, National Association v. Paige Hospitality Group, LLC, Matthew Shendell, Fondue 26 LLC, Burger Fulton LLC, and AINS IP Company LLC***; Case No.: 1:19-cv-09358-ER
<u>Request to Re-Schedule Settlement Conference</u>

Dear Judge Gorenstein:

Our firm represents Plaintiff Capital One, National Association in the above-referenced action. We write pursuant to paragraph 8 of Your Honor's Standing Order to confirm our request for the Court to re-schedule the telephonic settlement conference that is scheduled for July 9, 2021 at 10 a.m. We respectfully ask the Court to move the date and time of the settlement conference to July 19, 2021 at 2:30 p.m. As discussed with the Court, we have confirmed that counsel for all parties are available at that date and time. This is the first request for an adjournment.

Please feel free to contact our office if you have any further questions regarding this matter.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ Brian S. McGrath

**Settlement conference adjourned to July 19, 2021 at 2:30 p.m. Submissions due July 13, 2021.**

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
**June 24, 2021**

1033700\308360940.v1