

HINSHAW & CULBERTSON LLP
**Attorneys at Law**

800 Third Avenue
13th Floor
New York, NY 10022

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

Brian S. McGrath
bmcgrath@hinshawlaw.com

July 16, 2021

**BY ECF**
The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St., Courtroom 6B

**MEMORANDUM ENDORSEMENT**

Re: ***Capital One, National Association v. Paige Hospitality Group, LLC, Matthew Shendell, Fondue 26 LLC, Burger Fulton LLC, and AINS IP Company LLC***; Case No.: 1:19-cv-09358-ER
**Request to Schedule Settlement Conference**

Dear Judge Gorenstein:

Our firm represents Capital One, National Association ("**Plaintiff**" or "**Capital One**") in the above-referenced action. We write to confirm our request for the Court to re-schedule the telephonic settlement conference that is scheduled for July 19, 2021, at 2:30 p.m., to allow the parties additional time to obtain the needed documentation to assess the current settlement offer. We respectfully ask the Court to move the date and time of the settlement conference to August 9, 2021, at 2:30 p.m. We have confirmed that counsel for all parties are available at that date and time. This is the second request for an adjournment.

Please feel free to contact our office if you have any further questions regarding this matter.

Very truly yours,
HINSHAW & CULBERTSON LLP

*/s/ Brian S. McGrath*
Brian S. McGrath

**Granted. The settlement conference is adjourned to August 9, 2021, at 2:30 p.m.**

**So Ordered.**

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 16, 2021

1033700\308556255.v1