UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CAPITAL ONE, NATIONAL ASSOCIATION          :

                                           :       ORDER
                    Plaintiff,

                                           :       19 Civ. 9358  (GWG)

     -v.-
                                           :

PAIGE HOSPITALITY GROUP, LLC et al.,       :

                                           :
                    Defendants.
-------------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A telephone conference to discuss the request made in Docket # 67 shall take place on March 4, 2022,  at 10:30 a.m.

     At the above date and time, the parties shall dial (888) 557-8511 and use access code: 6642374.  (The public may also dial in but will be permitted only to listen.)  The Court will record the proceeding for purposes of transcription in the event a transcript is ordered.  However, any other recording or dissemination of the proceeding in any form is forbidden.

     When addressing the Court, counsel must not use a speakerphone.

     Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.  In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available https://nysd.uscourts.gov/hon-gabriel-w-gorenstein).

          SO ORDERED.

Dated: February 25, 2022
       New York, New York


                                        _____
                                        GABRIEL W. GORENSTEIN
                                        United States Magistrate Judge