```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION,         :
                                           :    ORDER
                   Plaintiff,
                                           :    19 Civ. 9358  (GWG)
     -v.-
                                           :

PAIGE HOSPITALITY GROUP, LLC et al.,       :

                                           :
                   Defendants.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

On June 1, 2022, the Court issued an order requiring plaintiff Capital One to submit certain supplemental materials in support of its Motion for Summary Judgment. See Order, dated June 1, 2022 (Docket # 83). That Order directed Capital One to (1) explain the basis for its requested damages figure, and (2) provide support for Capital One's apparent view that New York law governs this action. Id.

The Court has reviewed Capital One's submissions. While they address Capital One's requested damages figure, the filings fail to address the issue of what law governs this action as set forth in the June 1, 2022 Order. Capital One is directed to file a memorandum or letter addressing this issue by June 21, 2022, or earlier if possible. Defendants may respond within five business days after Capital One makes its filing.

SO ORDERED.

Dated: June 16, 2022
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge