**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION,

                            Plaintiff,

            -against-                                            19 **CIVIL** 9358 (GWG)

                                                                ## JUDGMENT

PAIGE HOSPITALITY GROUP, LLC,
MATTHEW SHENDELL, FONDUE 26 LLC,
BURGER FULTON LLC, and AINS IP
COMPANY LLC,

                            Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated July 22, 2022, and the Court's Order dated July 26,

2022, Capital One's motion for summary judgment is granted. Capital One is awarded $380,083.20

for the unpaid principal and late fees, with interest accruing at the rate of $66.24 per day from

December 26, 2018, to the date judgment is entered, in the amount of $86,708.16.  Post-judgment

interest shall accrue at the statutory rate provided in 28 U.S.C. § 1961; accordingly, the case is

closed.

**Dated:**  New York, New York

        July 26, 2022


                                                **RUBY J. KRAJICK**
                                        _____
                                                **Clerk of Court**
                            **BY:**        K. Mango
                                        _____
                                                **Deputy Clerk**