```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CAPITAL ONE, NATIONAL ASSOCIATION       :

                                        :    ORDER
                    Plaintiff,
                                        :    19 Civ. 9358 (GWG)
      -v.-
                                        :

PAIGE HOSPITALITY GROUP, LLC et al.,    :

                                        :
                    Defendants.
---------------------------------------------------------------X
```

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     No opposition having been filed to plaintiff's application for attorney's fees, the application (Docket 91) is granted. Plaintiff Capital One, National Association is awarded $63,499.88 in attorney's fees against defendants Paige Hospitality Group, LLC, Matthew Shendell, Fondue 26 LLC, Burger Fulton LLC, and Ains IP Company LLC.

     SO ORDERED.

Dated: August 17, 2022
       New York, New York

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge