UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAPITAL ONE, NATIONAL ASSOCIATION,

        Plaintiff,

-against-

PAIGE HOSPITALITY GROUP, LLC, MATTHEW SHENDELL, FONDUE 26 LLC, BURGER FULTON LLC, and AINS IP COMPANY LLC,

        Defendants.

Case No. 19-cv-9358 (GWG)

**JUDGMENT**

---

No opposition having been filed to Plaintiff's application for attorney's fees (Docket #91), on August 17, 2022, the Honorable Gabriel W. Gorenstein, granted Plaintiff's application (Docket #92), awarding the Plaintiff, Capital One, National Association attorney's fees against Defendants Paige Hospitality Group LLC, Matthew Shendell, Fondue 26 LLC, Burger Fulton LLC, and Ains IP Company LLC;

Thus, judgment is hereby entered in favor of Capital One, National Association, located at 1680 Capital One Dr., 10th Floor, McLean, VA 22102-3491, in the amount of $63,499.88 for attorney's fees against Defendants: Paige Hospitality Group LLC, located at 28 W. 36th Street, Floor 8, New York, NY 10018; Matthew Shendell, residing at 29 Northway, Bronxville, NY 10708; Fondue 26 LLC, located at 122 W. 26th Street, Suite 1502, New York, NY 10001; Burger Fulton LLC located at 333 W. 39th Street, Suite 704, New York, NY 10018; and Ains IP Company LLC, located at 333 W. 39th Street, Suite 702, New York, NY 10018.

Dated: September 1, 2022
New York, New York

*Gabriel W. Gorenstein*

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge